OF THE

## STATE OF MISSOURI

AT THE

OCTOBER TERM, 1913.

*(Continued from Volume 255.)*

WILLIAM DEARING, Appellant, v. IRMA JUDEN et al.

Division One, March 3, 1914.

For the reasons given in Brinkerhoff v. Juden, 255 Mo. 698, the judgment in this case is affirmed.

Appeal from Ste. Genevieve Circuit Court.—*Hon. Charles A. Killian,* Judge.

AFFIRMED.

*Moses Whybark, Arthur L. Oliver* and *James Blazer* for appellant; *W. M. Williams* and *Victor A. Remy* of counsel.

*Edward A. Rozier* for respondents; *Martin L. Clardy* of counsel.

256 Mo. (1)

BOND, J.—This case was tried below with the case of Brinkerhoff v. Juden, 255 Mo. 698. The facts, principles of law, and parties respondent involved in the two cases are the same, the only difference being that the suits were brought by different plaintiffs and affect different tracts of land. The two cases were argued and submitted together in this court, and for the reason given in Brinkerhoff v. Juden, the judgment in this case is also affirmed. *Lamm* and *Graves, JJ.*, concur; *Woodson, P. J.*, expresses his views in separate opinion in the Brinkerhoff case.